UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO DEJUAN HARRIS #440974,

    Plaintiff,

v.

                                    Case No. 1:24-cv-626

NICHOLAS SINGERLING and
SHANE HOAG,                        HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  August 19, 2025                                /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge